# United States Court of Appeals for the Fifth Circuit

———————

No. 22-40485
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
February 22, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Maximo Emilio Jimenez,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:22-CR-117-1

———————————————————

Before Wiener, Elrod, and Engelhardt, *Circuit Judges.*

Per Curiam:[*]

The Federal Public Defender appointed to represent Maximo Emilio Jimenez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Jimenez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-40485

issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.